# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Maryland

**Baltimore–Washington Construction and Public Employees, Laborers' District Council Defined Contribution Retirement Plan, et al.**

       Plaintiff(s),

VS.

**Parkinson Construction Company, Inc.**

       Defendant(s).

Attorney: Richard S. Siegel

Alston + Bird LLP
950 F Street, N.W., 8th Floor
Washington DC 20004-1404

*80259*

**Case Number: 1:13-cv-00294-WDQ**

Legal documents received by Same Day Process Service, Inc. on **05/28/2014** at **4:21 PM** to be served upon **Bank of Georgetown at 7102 Fulton Street, Chevy Chase, MD 20815**

I, **Daniel Williams**, swear and affirm that on **June 19, 2014** at **9:38 PM**, I did the following:

Served **Bank of Georgetown** by delivering a conformed copy of the **Writ of Garnishment of Account in Financial Institution** to **Vincent C. Burke, III** as **Resident Agent** of **Bank of Georgetown** at **7102 Fulton Street, Chevy Chase, MD 20815**.

**Description of Person Accepting Service:**
Sex: Male  Age: 51  Height: 5"9"-6"0"  Weight: Over 200 lbs  Skin Color: White  Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Daniel Williams**
Process Server

**Same Day Process Service, Inc.**
1219 11th St., NW
Washington DC 20001

(202)-398-4200

Internal Job ID: **80259**

District of Columbia: SS
Subscribed and Sworn to before me,
this __24th__ day of __June__, 2014

_____
Andrew Yonki, Notary Public, D.C.
My commission expires September 14, 2014